IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL HUBBARD | Criminal Action No.<br>1:19-CR-179-MLB-JSA |

**Government's Notice of Intent to Introduce Evidence Under Federal Rule of Evidence 404(b)**

The United States of America, by Byung J. Pak, United States Attorney for the Northern District of Georgia, and Leanne M. Marek, Assistant United States Attorney, files this Notice of Intent to Introduce Evidence Under Federal Rule of Evidence 404(b) against Michael Hubbard.

The United States hereby notifies the Defendant that it may seek to introduce evidence regarding the below referenced acts at trial under Federal Rule of Evidence 404(b):

*Prior Firearm Convictions*

On February 2, 2018, the Defendant pleaded guilty in Fulton County, Georgia, Superior Court to aggravated assault (shooting at), possession of a firearm during commission of a felony, and possession of a firearm by a convicted felon, among other offenses. The Defendant was sentenced to 20 years' imprisonment.

The Government hereby places the Defendant on notice that it may attempt to introduce evidence of the Defendant's prior convictions involving the possession of firearms and use of firearms at trial under Rule 404(b). Such evidence is

1

admissible as it bears on issues of knowledge, intent, and motive, as well as absence of mistake or accident regarding the offense charged in the superseding indictment. The Government intends to submit evidence in support of these acts during the Government's case-in-chief, in cross examination during the Defendant's case, and/or in rebuttal.

    Respectfully Submitted,

    BYUNG J. PAK
    *United States Attorney*

    */s/ Leanne M. Marek*
    LEANNE M. MAREK
    *Assistant United States Attorney*
    Georgia Bar No. 270935
    Leanne.marek@usdoj.gov

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Lawanda Hodges

November 3, 2020

        /s/ *Leanne M. Marek*
        LEANNE M. MAREK
        *Assistant United States Attorney*