# EXHIBIT A

# URGENT

___ ----Amended Sentence ___ Modified Sentence ___ Revoked 1st Offender Sentence ___ Re-Sentence

## IN THE SUPERIOR COURT OF FULTON COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA**
**vs**

**MICHAEL HUBBARD**
**BK # 1701140**
**CRIMINAL ACTION #:**
**16SC148270**



FILED IN OFFICE
FEB 02 2018
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

Clerk to complete if incomplete:

OTN(s):
DOB: 04/28/1987
GA. ID#: DC-2030295

**JANUARY-FEBRUARY Term of 2018**

**Final Disposition:**
**FELONY With PROBATION**

**First Offender/ Conditional Discharge entered under :**
___ O.C.G.A. § 42-8-60    ___ O.C.G.A. § 16-13-2
___ Repeat Offender as imposed below
___ Repeat Offender Waived

**PLEA:**
___ Negotiated   X Non-negotiated

**VERDICT:**
___ Jury   ___ Non-Jury

### The Court enters the following judgment:

| Count | Charge (as indicted or accused) | | Disposition Guilty; Not Guilty; Guilty-Alford Guilty-Lesser Incl; Nol Pro Nolo Contendere; Dead Docket; 1st Offender;1st Offender-Alford; | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended Commute to Time Served |
|---|---|---|---|---|---|---|
| 1 | Aggravated Assault (shooting at) | 16-5-21 | GUILTY-AFORD | 20 YEARS TO SERVE 2 YEARS ON THE WEEKEND, BALANCE OF 18 YEARS ON PROBATION | 0.00 | ALL COUNTS CONCURRENT EXCEPT FOR COUNT 3 |
| 2 | Battery - Family Violence | 16-5-23.1 | GUILTY-ALFORD | 5 YEARS TO SERVE 2 YEARS ON THE WEEKEND, BALANCE OF 3 YEARS ON PROBATION | | |
| 3 | Possession of Firearm During Commission of a Felony (Person of Another) | 16-11-106 | GUILTY-ALFORD | 5 YEARS TO SERVE | | CONSECUTIVE TO COUNTS 1, 2 & 4- SUSPENDED |
| 4 | Possession of Firearm by Convicted Felon | 16-11-131 | GUILTY-ALFORD | 5 YEARS TO SERVE 2 YEARS ON THE WEEKEND, BALANCE OF 3 YEARS ON PROBATION | | |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

16SC148270     MICHAEL HUBBARD

**Sentence Summary:** The Defendant is sentenced for a total of **[ 25 YEARS ]**, with the first **[ 2 YEARS ON THE WEEKENDS ]** to be served in confinement and the remainder to be served on probation; or ☐ to be served on probation.

The Defendant is to receive credit for time served in custody: ☐ from **[ ]**; or ☒ as determined by the custodian.

☐ 1. The above sentence may be served on probation provided the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☒ 2. Upon service of **[ 2 YEAS ON THE WEEKENDS ]**, the remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☐ 3. The Court sentences the Defendant as a recidivist under O.C.G.A.:
☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ §16-7-1(b); ☐ § 16-8-14(b); or ☐ **[§ ]**

### GENERAL CONDITIONS OF PROBATION

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation: **1)** Do not violate the criminal laws of any governmental unit and be of general good behavior. **2)** Avoid injurious and vicious habits. **3)** Avoid persons or places of disreputable or harmful character. **4)** Report to the Community Supervision Officer as directed and permit the Community Supervision Officer to visit you at home or elsewhere. **5)** Work faithfully at suitable employment insofar as may be possible. **6)** Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Community Supervision Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. **7)** Support your legal dependents to the best of your ability. **8)** When directed, in the discretion of the Community Supervision Officer: *(a)* submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; *(b)* wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; *(c)* complete a residential or nonresidential program for substance abuse or mental health treatment; and/or *(d)* agree to the imposition of graduated sanctions as defined by law. **9)** Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONS:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.
1) The Court orders that: ☒ the Defendant shall pay the probation supervision fee as required by law;
2) or ☐ the probation supervision fee is waived.
3) If counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
4) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of **$[ ]** to County; or ☐ attorney's fees are waived.
5) The Defendant shall pay the Crime Lab Fee as required by law.

### SPECIAL CONDITIONS OF PROBATION

The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☐ as designated on the attached Inventory of Special Conditions of Probation: ☒ or as follows: NO VIOLENT CONTACT WITH VICTIM, ASHLEY DOUGLAS; COMPLETE FAMILY VIOLENCE INTERVENTION PROGRAM.

16SC148270    MICHAEL HUBBARD

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(If designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction for another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

Upon fulfillment of the terms of this sentence, or upon release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

*For Court's Use:*

The Hon. **DAVID JONES,** Attorney at Law, represented the Defendant by:
[X] employment; or [ ] appointment.

**CHERRIE L BOWEN**

Court Reporter

**SO ORDERED** this **1st day of February, 2018.**

*(signature: Tom Campbell)*

Honorable TOM CAMPBELL
Judge of Superior Court
Atlanta Judicial Circuit

## TOM CAMPBELL

*(print or stamp Judge's name)*

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

Defendant

16SC148270    MICHAEL HUBBARD

GC

## DIRECT INDICTMENT

EJ 11. Campbell

Clerk No. 16SC148270

### FULTON SUPERIOR COURT

THE STATE OF GEORGIA

V.

MICHAEL HUBBARD
DA #: 16DA11203

1  AGGRAVATED ASSAULT
   O.C.G.A. §16-5-21

2  BATTERY - FAMILY VIOLENCE
   O.C.G.A. §16-5-23.1

3  POSSESSION OF FIREARM DURING
   COMMISSION OF A FELONY
   O.C.G.A. §16-11-106

4  POSSESSION OF FIREARM BY CONVICTED
   FELON O.C.G.A. §16-11-131

FILED IN OFFICE
DEC 13 2016
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

True BILL
12-13, 20 16

Grand Jury Foreperson

PERSONID: 8228

PAUL L. HOWARD, JR., District Attorney

| The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads ___ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads ___ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads ___ Guilty. |
|---|---|---|
| Defendant | Defendant | Defendant |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |
| Assistant District Attorney | Assistant District Attorney | Assistant District Attorney |
| This 21st day of Nov, 2017 | This 12th day of Jan, 2018 / 1st Feb. | This ___ day of ___, ___ FILED IN OFFICE FEB 02 2018 DEPUTY CLERK SUPERIOR COURT FULTON COUNTY, GA |

## STATE OF GEORGIA, COUNTY OF FULTON

## IN THE SUPERIOR COURT OF SAID COUNTY

**THE GRAND JURORS,** selected, chosen and sworn for the County of Fulton, to wit:

| | |
|---|---|
| 1. Mike Virga, Foreperson | 14. ~~Howard, Aarika~~ |
| 2. Wendy Albregts, Asst. Foreperson | 15. Isaacs, Michele |
| 3. ~~Mary E Casey, Secretary~~ | 16. Koeplin, Catherine |
| 4. Ntazyel Mufwene, Asst. Secretary | 17. ~~Langill, Kara~~ |
| 5. ~~Adan, ZamZam~~ | 18. ~~Lowe, Alyssa~~ |
| 6. Bakken, Olivia | 19. Maitski, Tim |
| 7. Beadle, Zachary | 20. McFadden, Donald |
| 8. Berryman, Karen | 21. Pawloski, Norman |
| 9. Bonner, Felita | 22. Saylor, John |
| 10. Dye, Mark | 23. ~~Smashum, Jacqualine~~ |
| 11. English, LaKeith | 24. Williams, Grant – ALT 1 |
| 12. Gouraige, Gaetan | 25. Prentiss, Kimberely – ALT 2 |
| 13. Guentchev, Tihomir | 26. Cresslev, Clayton – ALT 3 |

in the name and behalf of the citizens of Georgia, do charge and accuse **MICHAEL HUBBARD** with the offense of **AGGRAVATED ASSAULT O.C.G.A. §16-5-21,** for the said accused, in the County of Fulton and State of Georgia, on the **14th day of November, 2016, did unlawfully commit an aggravated assault upon the person of Ashley Douglas by shooting at, toward, and in the direction of Ashley Douglas with a firearm, the same being a deadly weapon -** contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 2 of 4

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **MICHAEL HUBBARD** with the offense of **BATTERY - FAMILY VIOLENCE O.C.G.A. §16-5-23.1,** for the said accused, in the County of Fulton and State of Georgia, on the **14th day of November, 2016, did intentionally cause visible bodily harm to Ashley Douglas who has a child in common with the accused; said accused having been previously convicted of Family Violence Battery in the Superior Court of Fulton County on May 31st, 2012 accusation number 12SC110448** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 3 of 4

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **MICHAEL HUBBARD** with the offense of **POSSESSION OF FIREARM DURING COMMISSION OF A FELONY O.C.G.A. §16-11-106,** for the said accused, in the County of Fulton and State of Georgia, on the **14th day of November, 2016, did unlawfully have on and within arm's reach of accused's person a firearm during the commission of a felony against and involving the person of another, to wit: Aggravated Assault** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 4 of 4

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **MICHAEL HUBBARD** with the offense of **POSSESSION OF FIREARM BY CONVICTED FELON O.C.G.A. §16-11-131,** for the said accused, in the County of Fulton and State of Georgia, on the **14th day of November, 2016, did knowingly and without lawful authority possess a certain firearm, to wit: a firearm; accused having been convicted of a felony on Indictment Number 14SC126016, Superior Court of Fulton County, charge of Purchase, Possession, Manufacture, Distribution, or Sale of Marijuana on June 2nd, 2014** - contrary to the laws of said State, the good order, peace and dignity thereof.

**PAUL L. HOWARD, JR., District Attorney**

Complaint #: 163192913

| Defendant | DA # | Race | Sex | Birthdate | OTN | Agency |
|---|---|---|---|---|---|---|
| HUBBARD, MICHAEL | 16DA11203 | Black | Male | 04/28/1987 | | Atlanta Police Department |

# WITNESS LIST

Ashley Douglas
2970 Middleton RD
Atlanta GA 30311


B. RICKER - Atlanta Police Department 4069

E. ROBESON-EL - Atlanta Police Department 4885

I DO CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE, COMPLETE
AND CORRECT COPY OF THE ORIGINAL IN SAID CASE, AS APPEARS ON FILE
AND RECORDED IN THE OFFICE OF THE CLERK OF SUPERIOR COURT
FULTON COUNTY, CRIMINAL DIVISION, ATLANTA, GA.
WITNESS MY HAND AND SEAL OF SAID COURT THIS
_____ DAY OF _____, 20____