**MAGISTRATE'S CRIMINAL MINUTES**
**ARRAIGNMENT**
**PLEA AND SENTENCE**



|  |  |  |  | Time in Court: |  | Hrs. | 07 | Mins. |
|---|---|---|---|---|---|---|---|---|
| Filed in Open Court | Date: | 12/9/2020 | Time: | 9:34 a.m. | Tape: |  | FTR |  |

Magistrate (presiding): **Justin S. Anand**    Deputy Clerk:    **B. Evans**

| Case Number: | 1:19-CR-179-MLB | Defendant's Name: | Michael Hubbard |
|---|---|---|---|
| AUSA: | Leeanne Marek | Defendant's Attorney: | Lawanda Hodges |
| USPO/PTR: |  | Type of Counsel: | ( ) Retained (x ) CJA ( ) FDP |

|  |  |  |  |  |
|---|---|---|---|---|
|  | ARREST DATE: |  |  |  |
|  | INTERPRETER: |  |  |  |
|  | INITIAL APPEARANCE HEARING: ( ) In This District |  | Dft in custody? ( ) Yes ( ) No |  |
|  | Hearing conducted by video teleconference with consent of the parties. |  |  |  |
|  | Defendant advised of right to counsel. ( ) WIAVER OF COUNSEL FILED. |  |  |  |
|  | ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY |  |  |  |
|  | ORDER appointing |  | as counsel. |  |
|  | ORDER giving defendant |  | days to employ counsel. |  |
|  | Dft to pay attorney fees as follows: |  |  |  |
|  | INFORMATION/INDICTMENT FILED |  | WAIVER OF INDICTMENT FILED- |  |
| x | Copy information/indictment given to dft ( x ) Yes ( ) No |  | Read to dft? ( x ) Yes. In Court. ( ) no |  |
|  | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd/Petty) offense filed. |  |  |  |
| x | ARRAIGNMENT HELD  (x ) Superseding Indictment |  | ( ) Dft's WAIVER of appearance filed. |  |
|  | Arraignment continued to |  @ | Request of ( ) Govt ( ) Dft |  |
|  | Dft failed to appear arraignment | Bench Warrant Issued: |  |  |
| x | Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of Not Guilty entered.  ( ) Waiver of appearance |  |  |  |
|  | MOTION TO CHANGE PLEA, and order allowing same |  |  |  |
|  | PLEA OF GUILTY/NOLO as to counts |  |  |  |
|  | ASSIGNED to District Judge |  | for ( ) trial    ( ) arraignment/sentence |  |
|  | ASSIGNED to Magistrate Judge |  | for pretrial proceedings. |  |
|  | Estimated trial time: | days | ( ) SHORT    ( ) MEDIUM    ( ) LONG |  |

ARRAIGNMENT – Pg. 2                                   CASE NO. 1:19-CR-179-MLB-JSA

|   | |   |
|---|---|---|
|   | CONSENT TO PRE-SENTENTCE INVESTIGATION filed. Referred to USPO for PSI and continued | |
|   | until                           at | for sentencing. |
|   | Government's MOTION FOR DETENTION filed. Hearing set | for |
|   | Temporary commitment issued. Dft remanded to custody of U.S. Marshal Services | |

**BOND/PRETRIAL DETENTION HEARINGS**

|   | |
|---|---|
|   | BOND/PRETRIAL DETENTION HEARING HELD. |
|   | BOND HEARING HELD. |
|   | GOVERNMENT'S MOTION FOR DETENTION ( ) GRANTED    ( ) DENIED    ( ) WITHDRAWN |
|   | WRITTEN ORDER TO FOLLOW. |
|   | HEARING HELD on motion for reduction / modification of bond. |
|   | MOTION FOR REDUCTION OF BOND / MODIFICATION OF BOND ( ) GRANTED    ( ) DENIED |
|   | WRITTEN ORDER TO FOLLOW. |
|   | BOND SET AT $ |
|   | NON-SURETY |
|   | SURETY   ( ) Cash          ( ) Property          ( ) Corporate Surety |
|   | SPECIAL CONDITIONS:<br>SEE ORDER. |
|   | BOND FILED; DEFENDANT RELEASED. |
|   | BOND NOT EXCUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY. |
| X | **DEFENDANT HAS BEEN ADVISED:**<br>Pursuant to the Due Process Protections Act, see Fed. R. Crim. P. 5(f), the government is ordered to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in Brady and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence. The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances. |

U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

DEC 09 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# P L E A  (With Counsel)

CRIMINAL NO. 1:19-cr-00179-MLB-JSA

I, Michael Hubbard, defendant, having received a copy of the within Second Superseding Indictment, and having been arraigned plead Not Guilty thereto to count 1 thereof.

In Open Court this 9th day of December, 2020.

_____
SIGNATURE (Defense Attorney)
Lawanda Hodges

_____
SIGNATURE (Defendant)
Michael Hubbard

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: (404) 474-0772
Bar Number: 547413

1100 Peachtree Street, Suite 202
Atlanta, GA 30309

Phone: _____

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12