IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

MICHAEL HUBBARD

Criminal Action No.

1:19-CR-179-MLB-JSA

**United States's Proposed Voir Dire**

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Leanne M. Marek, Assistant United States Attorney for the Northern District of Georgia respectfully requests permission to ask the following *voir dire* questions to examine prospective jurors.

                            Respectfully Submitted,

                            KURT R. ERSKINE
                            *Acting United States Attorney*

                            */s/ Leanne Marek*
                            LEANNE MAREK
                            *Assistant United States Attorney*
                            Georgia Bar No. 270935
                            Leanne.Marek@usdoj.gov

1.  Do you recognize any other prospective jurors in the courtroom? If so which ones and how do you know them?

2.  Do you recognize any individual sitting with the defendant and the defense team who has not already been introduced to you?  If so, which ones and how do you know them?

3.  Have you, a close family member, or a close friend ever been employed by any law enforcement agency, such as a police department or sheriff's office? If you have already disclosed this information when answering questions about your employment, you do not need to respond again.

   a.  Who?

   b.  Which agency?

   c.  Job title?

   d.  When?

4.  Have you, a close family member, or a close friend ever been employed by the federal government? If you have already disclosed this information when answering questions about your employment, you do not need to respond again.

   a.  Who?

   b.  Which agency?

   c.  Job title?

   d.  When?

5.  Have you ever been to a jail or prison?

6.  Have you, a close family member, or a close friend ever been a party to a lawsuit against any government agency – federal, state or local?

      a.  What kind of case was it?

      b.  Was the matter resolved to your satisfaction?

      c.  Would that affect your ability to be a fair and impartial juror in this case?

7. Have you, a close family member, or a close friend ever had any unpleasant experience with a police officer or any law enforcement agent?

      a.  Who?

      b.  Which agency?

      c.  When?

      d.  What happened?

8. Have you, a close family member, or a close friend ever received any legal training, attended law school, practiced law, or worked (whether as a lawyer or any other capacity) in an attorney's office, including any criminal defense law firms or prosecutor's office?

      a.  Who?

      b.  Where?

9. Have you ever witnessed a crime and decided not to report it?

10. This case was investigated by the Atlanta Police Department and the Bureau of Alcohol, Firearms, Tabaco, and Explosives, or ATF. Do you have strong feelings about the APD or the ATF?

11. Would you tend to either believe or disbelieve the sworn testimony of a police officer or federal agent solely based on their status as a law enforcement officer before actually hearing that person testify in court?

12. Have you, a close family member, or a close friend ever had an experience in court or involving a lawyer that might interfere with your ability to serve as a fair or impartial juror?

13. The Defendant is accused of the federal crime of possessing a firearm after receiving a felony conviction.

     a. Do you believe that a convicted felon has the right to possess a firearm?

     b. Do you believe it is acceptable, under certain circumstances, for an individual who has been convicted of a felony to possess a firearm?

14. Is anyone a member of the National Rifle Association, or the NRA?

15. Does anyone own a firearm?

16. Do you follow news stories about the criminal justice system or the prison system?  If so, did what you read in those stories influence your opinion of the fairness and effectiveness of the criminal justice system or prison system such that you would not be able to be a fair or impartial juror?

17. Do you follow major criminal trials or investigations in the media?

18. Do you listen to podcasts about crime or the criminal justice system?

19. Other than voting for the candidates of your choice, have you ever been actively involved in local politics in the town or county where you live?  What was the nature of your involvement?

20. Are you or is anyone in your household at higher risk of complications from contracting COVID-19 due to age, medical condition or other characteristic?

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Lawanda Hodges

March 1, 2021

/s/ LEANNE MAREK

LEANNE MAREK

*Assistant United States Attorney*