

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

May 11, 2021

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr S.W.
Atlanta, GA 30303

  Re: United States v. Michael Hubbard
     Criminal Action No. 1:19-cr-179-MLB-JSA
     Substitution of Counsel

Dear Mr. Hatten:

  This is to notify you that the above-styled case has been transferred from Leanne Marek to AUSA D'Juan Jones, telephone number 404-581-6028. I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

           Sincerely,

           KURT R. ERSKINE
          *Acting United States Attorney*

          */s/ D'Juan Jones*

          D'JUAN JONES
          *Assistant United States Attorney*
          Georgia Bar No. 857445
cc: Lawanda Hodges     D'Juan.Jones@usdoj.gov
   Courtroom Deputy
   Criminal Docketing