IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America,

v.                                         Case No. 1:19-cr-179-MLB

Michael Hubbard,

         Defendant.

_____/

## ORDER

Defendant's Motion for Leave to Bring Technology in Courtroom (Dkt. 77) is **GRANTED**. **IT IS HEREBY ORDERED** that attorney Lawanda Hodges, who represents Defendant in this matter, be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of presentation of evidence in a jury trial beginning on Tuesday, May 18, 2021, at 9:00 a.m.:

1. Laptop computers and power cords
2. Cellular phones

Proper identification will be required upon entering the security station. The equipment shall be subject to inspection by the United States Marshals Service.

This Order shall be effective until the conclusion of the trial.

**SO ORDERED** this 11th day of May, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

2