# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00179-MLB-JSA
## USA v. Hubbard
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 05/20/2021.

TIME COURT COMMENCED: 3:15 P.M.
TIME COURT CONCLUDED: 4:15 P.M.           COURT REPORTER: Jana Colter
TIME IN COURT: 1:00                       DEPUTY CLERK: Sam Johnston
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Michael Hubbard Present at proceedings |
| ATTORNEY(S) PRESENT: | Lawanda Hodges representing Michael Hubbard<br>D'Juan Jones representing USA<br>Jessica Morris representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Pretrial Conference: The Court heard from the parties regard the Governments Supplemental Motion in Limine [101]. The Court orally granted the portion of the motion to exclude good character evidence and deferred its ruling as to the motion to self-serving hearsay and to voluntary intoxication defense. The Court directed the parties to submit, two weeks prior to the start of trial, case law concerning the jury determination question. Conference completed |