# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00179-MLB-JSA
## USA v. Hubbard
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 08/26/2021.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 3:00 P.M.      COURT REPORTER: Jana Colter
TIME IN COURT: 00:55                 DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Michael Hubbard Present at proceedings |
| ATTORNEY(S) PRESENT: | Lawanda Hodges representing Michael Hubbard<br>D'Juan Jones representing USA<br>Jessica Morris representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Pretrial conference held. |
| HEARING STATUS: | Hearing Concluded |