# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00179-MLB-JSA
## USA v. Hubbard
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 09/02/2021.

TIME COURT COMMENCED: 09:00 A.M.
TIME COURT CONCLUDED: 06:00 P.M.
TIME IN COURT: 6:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Michael Hubbard Present at proceedings |
| ATTORNEY(S) PRESENT: | Phyllis Clerk representing USA<br>Lawanda Hodges representing Michael Hubbard<br>D'Juan Jones representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Jury Trial continues. Government witness James Nash sworn and testified. Government rests case-in chief. Oral Rule 29 motion by defendant denied. Defense case-in chief. Witness Joy Allen sworn and testified. Defendant Michael Hubbard sworn and testified. Defendant exhibits 6, 7, and 9 admitted. Government exhibits 12 and 13 admitted. Defense rest case-in-chief. Charge Conference held. Jury charged. Closing arguments. Jury Deliberations begin 4:30PM. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 08:30 AM on Friday, Seeptember 3, 2021.. Jurors excused until the above time under the usual caution of the Court. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |