# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00179-MLB-JSA
## USA v. Hubbard
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 09/03/2021.

TIME COURT COMMENCED: 8:30 A.M.
TIME COURT CONCLUDED: 4:30 P.M.
TIME IN COURT: 7:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Coulter
CSO/DUSM: Rickey Meadows
DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Michael Hubbard Present at proceedings |
| ATTORNEY(S) PRESENT: | Phyllis Clerk representing USA<br>Lawanda Hodges representing Michael Hubbard<br>D'Juan Jones representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; Jury Trial Concluded |
| PLEADINGS FILED IN COURT: | Jury deliberations resumed. Jury notes #1, #2 and #3 were submitted and identified as Court Exhibits #1, #2 and #3. Jury reported they could not reach a verdict. Judge declared a mistrial. |
| TRIAL STATUS: | Trial Completed-Hung Jury |