IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America,

v.  Case No. 1:19-cr-179-MLB

Michael Hubbard,

        Defendant.

_____/

### ORDER

Before the Court is attorney D'Juan B. Jones' Motion to Withdraw as Counsel for the United States (Dkt. 115). The withdrawal of D'Juan B. Jones will not delay or interrupt the orderly operation of the Court. Accordingly, the Court **GRANTS** the motion and **DIRECTS** the Clerk to terminate Mr. Jones as counsel of record for the United States.

**SO ORDERED** this 4th day of October, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE